**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Margar OGANISIAN,<br><br>              Petitioner,<br><br>    v.<br><br>Markwayne MULLIN, et al.,<br><br>            Respondents. | Case No. 5:26-cv-3459-SK<br><br>**ORDER GRANTING PETITIONER'S EMERGENCY EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

Having reviewed the Emergency Ex Parte Application of Petitioner Margar OGANISIAN for a temporary restraining order (TRO) enjoining his transfer or removal from this district pending a decision on his 28 U.S.C. § 2241 petition, the Court GRANTS the Application. *See* 28 U.S.C. § 1651; *see also Zheng v. Noem*, 2026 WL 431141, at *1 (C.D. Cal. Feb. 13, 2026) (invoking All Writs Act to "preserve the Court's jurisdiction pending a ruling in this matter, [and order] that Petitioner shall not be removed from the United States unless and until the Court orders otherwise"). The Court has considered all factors for deciding whether a TRO should be granted, *see Winter v. Nat. Res. Def. Council*, 555 U.S. 7 (2008), and for the reasons stated in the declaration of petitioner's counsel, finds that the balancing of factors weighs in favor of granting the TRO.

IT IS THEREFORE ORDERED THAT:

1.      Respondents, and their officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with them, are hereby ENJOINED AND RESTRAINED from transferring Petitioner MARGAR OGANISIAN (A# 070-913-460) outside the Central District of California or removing him from the United States pending further order of this Court.

2.      Respondents shall show cause why the Court should not issue a preliminary injunction enjoining and restraining petitioner's transfer or removal pending final adjudication of his 28 U.S.C. § 2241 petition.  Respondents must focus specifically on the facts and circumstances detailed by petitioner's counsel as related to this particular petitioner, either refuting her version of facts or confirming that those facts do not reflect the method by which petitioner will be removed to Armenia.  Respondents' response shall be filed by July 20, 2026 with Petitioner's reply due by July 22, 2026—unless the parties stipulate to a different briefing schedule that is still reasonable under the circumstances, in which case that stipulation shall be submitted with a proposed order by July 20, 2026.

IT IS SO ORDERED.

DATED: July 17, 2026 at 8:19 AM PT      _____

HON. STEVE KIM
United States Magistrate Judge

2