**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Margar OGANISIAN,

Petitioner,

v.

Markwayne MULLIN, et al.,

Respondents.

Case No. 5:26-cv-3459-SK

**ORDER TO SHOW CAUSE**

Respondents are ORDERED TO SHOW CAUSE at 1:30 PM on August 19, 2026 in Courtroom 540 why Petitioner should not be released on his prior order of supervision given their demonstrated inability to remove Petitioner in May 2026 pursuant to his final order of removal. Respondents may discharge this order by filing a non-opposition to the 28 U.S.C. § 2241 petition within 7 days of this order, in which case their appearance at the show-cause hearing will be automatically excused.

IT IS SO ORDERED.

DATED: July 24, 2026

HON. STEVE KIM
United States Magistrate Judge