# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Margar OGANISIAN,

Petitioner,

v.

Markwayne MULLIN, et al.,

Respondents.

Case No. 5:26-cv-3459-SK

**ORDER GRANTING PETITION**

The 28 U.S.C. § 2241 petition by Margar OGANISIAN is GRANTED. IT IS THUS ORDERED THAT **MARGAR OGANISIAN (A# 070-913-460)** be RELEASED FORTHWITH on an order of supervision no more restrictive than that in place when Petitioner was arrested in April 2026 and with the same required preconditions for the order's revocation, including the procedural requirements of 8 C.F.R. §§ 241.4(l)(1) and 241.13(i). IT IS FURTHER ORDERED that Petitioner's personal property—especially all identification or other official documents—be RETURNED IMMEDIATELY. Judgment in Petitioner's favor will be entered accordingly.

IT IS SO ORDERED.

DATED: August 19, 2026

HON. STEVE KIM
United States Magistrate Judge