JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Margar OGANISIAN,<br><br>Petitioner,<br>v.<br><br>Markwayne MULLIN, et al.,<br><br>Respondents. | Case No. 5:26-cv-3459-SK<br><br>**JUDGMENT** |

Pursuant to the Order Granting the Petition under 28 U.S.C. § 2241, IT IS ADJUDGED that **MARGAR OGANISIAN (A# 070-913-460)** is to be RELEASED FORTHWITH—with all his personal effects and identification documents—on an order of supervision no more restrictive than that in place when Petitioner was arrested in April 2026 and with the same required preconditions for the order's revocation, including the procedural requirements of 8 C.F.R. §§ 241.4(l)(1) and 241.13(i).

The Court Clerk is instructed to close this case.

DATED: August 19, 2026

HON. STEVE KIM
United States Magistrate Judge